POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
SAMUEL J. STONE (SBN 317013); CARSON BLAKELY, pro hac vice forthcoming
**HOLLAND & KNIGHT LLP**
400 S. HOPE ST. 8thFLR.
LOS ANGELES , CA 90071
TELEPHONE NO.: (213) 896-2489 FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* sam.stone@hklaw.com; carson.blakely@hklaw.com
ATTORNEY FOR *(Name):* Plaintiff, COMPONENT SEARCH LLC

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: COMPONENT SEARCH LLC

DEFENDANT/RESPONDENT: ALEX SAPP, individually

CASE NUMBER: **8:26-cv-01876-JVS-JDE**

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Ref. No. or File No.: HOLKN-0211482.MM

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   - a. ☒ Summons in a Civil Action
   - b. ☒ Complaint
   - c. ☒ Civil Cover Sheet
   - d. ☒ Other *(specify documents):* **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATED MAGISTRATE JUDGE; NOTICE OF INTERESTED PARTIES**
   - e. ☐ First amended complaint
   - f. ☐ Second amended complaint
   - g. ☐ Third amended complaint

3. a. Party served *(specify name of party as shown on documents served):*
**ALEX SAPP, individually**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **127 ARCADIAN LANE, LIBERTY HILL, TX 78642**

5. I served the party (check proper box)

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/27/26** (2) at *(time)*: **4:50 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*

   (1) ☐ **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.





American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: **COMPONENT SEARCH LLC**<br>DEFENDANT/RESPONDENT: **ALEX SAPP, individually** | CASE NUMBER:<br>8:26-cv-01876-JVS-JDE |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **By other means** *(specify means of service and authorizing code section):*

   e. ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   Under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation) ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity) ☐ 415.46 (occupant)
   ☐ Other:

7. **Person who served papers**
   a. Name: Bryan Chamberlin, PROCESS SERVER IN TEXAS
   b. Address: 1605 W. Olympic Blvd., 8th Floor, Los Angeles, CA 90015
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: 962.50
   e. I am:
   (1) ☒ Not a registered California process server.
   (2) ☐ Exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a Registered California process server:
   (i) ☐ Owner ☐ Employee ☐ Independent contractor.
   (ii) Registration No.:
   (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **09/02/26**

**Bryan Chamberlin, PROCESS SERVER IN TEXAS**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(SIGNATURE)


American LegalNet, Inc.
www.FormsWorkflow.com